UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
LUCERO, RAYMOND GERAND § Case No. 10-14096
LUCERO, PATRICIA KATHLEEN §
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on       . The undersigned trustee was appointed on       .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]        $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/J. MICHAEL MORRIS_____
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Case No: 10-14096  DLS  Judge: DALE L. SOMERS  
Case Name: LUCERO, RAYMOND GERAND  
LUCERO, PATRICIA KATHLEEN  
For Period Ending: 02/18/14  

Trustee Name: J. MICHAEL MORRIS  
Date Filed (f) or Converted (c): 12/07/10 (f)  
341(a) Meeting Date: 01/11/11  
Claims Bar Date: 05/23/11  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. cash on hand | 50.00 | 0.00 | | 0.00 | FA |
| 2. savings acct | 50.00 | 0.00 | | 0.00 | FA |
| 3. furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. clothing | 200.00 | 0.00 | | 0.00 | FA |
| 5. retirment (401k) | 14,097.00 | 0.00 | | 0.00 | FA |
| 6. 1974 Chevy pick up | 500.00 | 0.00 | | 0.00 | FA |
| 7. 1988 chevy pu does not run | 75.00 | 0.00 | | 0.00 | FA |
| 8. 2001 Chevy Astro Van | 1,500.00 | 0.00 | | 0.00 | FA |
| 9. 2010 TAX REFUND (u) | 0.00 | 7,700.99 | | 4,227.33 | FA |
| 10. COSTS (u) | 250.00 | 250.00 | | 0.00 | FA |
| 11. ATTORNEY FEES (u) | 500.00 | 500.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values) | $18,722.00 | $8,450.99 | | $4,227.33 | Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

FILED TFR WITH UST ON 12/19/2013

Initial Projected Date of Final Report (TFR): 12/31/11   Current Projected Date of Final Report (TFR): 12/19/13

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-14096 -DLS | | Trustee Name: | J. MICHAEL MORRIS |
|---|---|---|---|---|
| Case Name: | LUCERO, RAYMOND GERAND | | Bank Name: | Bank of Kansas City |
| | LUCERO, PATRICIA KATHLEEN | | Account Number / CD #: | *******2084  Checking Account |
| Taxpayer ID No: | *******1773 | | | |
| For Period Ending: | 02/18/14 | | Blanket Bond (per case limit): | $ 27,200,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |


| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) / Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 12/06/12 | 9 | TYSON FOODS  PO BOX 2020  SPRINGDALE, AR 72765-2020 | 2010 TAX REFUND | 1224-000 | 147.12 | | 147.12 |
| 12/17/12 | 9 | TYSON FOODS  PO BOX 2020  SPRINGDALE, AR 72765-2020 | 2010 TAX REFUND | 1224-000 | 128.71 | | 275.83 |
| 12/20/12 | 9 | TYSON FOODS  PO BOX 2020  SPRINGDALE, AR 72765-2020 | 2010 TAX REFUND | 1224-000 | 129.26 | | 405.09 |
| 01/04/13 | 9 | TYSON FOODS  PO BOX 2020  SPRINGDALE, AR 72765-2020 | 2010 TAX REFUND | 1224-000 | 106.92 | | 512.01 |
| 01/17/13 | 9 | TYSON FOODS  PO BOX 2020  SPRINGDALE, AR 72765-2020 | 2010 TAX REFUND | 1224-000 | 132.65 | | 644.66 |
| 01/25/13 | 9 | TYSON FOODS  PO BOX 2020  SPRINGDALE, AR 72765-2020 | 2010 TAX REFUND | 1224-000 | 125.89 | | 770.55 |
| 01/31/13 | 9 | TYSON FOODS  PO BOX 2020  SPRINGDALE, AR 72765-2020 | 2010 TAX REFUND | 1224-000 | 104.70 | | 875.25 |
| 02/07/13 | 9 | TYSON FOODS  PO BOX 2020  SPRINGDALE, AR 72765-2020 | 2010 TAX REFUND | 1224-000 | 135.29 | | 1,010.54 |
| 02/14/13 | 9 | TYSON FOODS  PO BOX 2020  SPRINGDALE, AR 72765-2020 | 2010 TAX REFUND | 1224-000 | 139.11 | | 1,149.65 |
| 02/22/13 | 9 | TYSON FOODS  PO BOX 2020 | 2010 TAX REFUND | 1224-000 | 124.37 | | 1,274.02 |
| | | | Page Subtotals | | 1,274.02 | 0.00 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-14096 -DLS | | Trustee Name: | J. MICHAEL MORRIS |
|---|---|---|---|---|
| Case Name: | LUCERO, RAYMOND GERAND | | Bank Name: | Bank of Kansas City |
| | LUCERO, PATRICIA KATHLEEN | | Account Number / CD #: | *******2084 Checking Account |
| Taxpayer ID No: | *******1773 | | | |
| For Period Ending: | 02/18/14 | | Blanket Bond (per case limit): | $ 27,200,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/28/13 | 9 | TYSON FOODS<br>PO BOX 2020<br>SPRINGDALE, AR 72765-2020 | 2010 TAX REFUND | 1224-000 | 130.71 | | 1,404.73 |
| 03/07/13 | 9 | TYSON FOODS<br>PO BOX 2020<br>SPRINGDALE, AR 72765-2020 | 2010 TAX REFUND | 1224-000 | 132.32 | | 1,537.05 |
| 03/14/13 | 9 | TYSON FOODS<br>PO BOX 2020<br>SPRINGDALE, AR 72765-2020 | 2010 TAX REFUND | 1224-000 | 128.41 | | 1,665.46 |
| 03/14/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 1.34 | 1,664.12 |
| 03/21/13 | 9 | TYSON FOODS<br>PO BOX 2020<br>SPRINGDALE, AR 72765-2020 | 2010 TAX REFUND | 1224-000 | 128.69 | | 1,792.81 |
| 03/27/13 | 9 | TYSON FOODS<br>PO BOX 2020<br>SPRINGDALE, AR 72765-2020 | 2010 TAX REFUND | 1224-000 | 107.15 | | 1,899.96 |
| 04/04/13 | 9 | TYSON FOODS<br>PO BOX 2020<br>SPRINGDALE, AR 72765-2020 | 2010 TAX REFUND | 1224-000 | 135.71 | | 2,035.67 |
| 04/10/13 | 9 | TYSON FOODS<br>PO BOX 2020<br>SPRINGDALE, AR 72765-2020 | 2010 TAX REFUND | 1224-000 | 130.81 | | 2,166.48 |
| 04/12/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 2.26 | 2,164.22 |
| 04/17/13 | 9 | TYSON FOODS<br>PO BOX 2020<br>SPRINGDALE, AR 72765-2020 | 2010 TAX REFUND | 1224-000 | 125.70 | | 2,289.92 |
| 04/24/13 | 9 | TYSON FOODS<br>PO BOX 2020<br>SPRINGDALE, AR 72765-2020 | 2010 TAX REFUND | 1224-000 | 107.04 | | 2,396.96 |
| | | | Page Subtotals | | 1,126.54 | 3.60 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD
Page: 3  
Exhibit B

| Case No: | 10-14096 -DLS | | Trustee Name: | J. MICHAEL MORRIS |
|---|---|---|---|---|
| Case Name: | LUCERO, RAYMOND GERAND | | Bank Name: | Bank of Kansas City |
| | LUCERO, PATRICIA KATHLEEN | | Account Number / CD #: | *******2084 Checking Account |
| Taxpayer ID No: | *******1773 | | | |
| For Period Ending: | 02/18/14 | | Blanket Bond (per case limit): | $ 27,200,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/13 | | Bank of Kansas City | BANK SERVICE FEES | 2600-000 | | 10.00 | 2,386.96 |
| 05/01/13 | 9 | TYSON FOODS<br>PO BOX 2020<br>SPRINGDALE, AR 72765-2020 | 2010 TAX REFUND | 1224-000 | 130.74 | | 2,517.70 |
| 05/08/13 | 9 | TYSON FOODS<br>PO BOX 2020<br>SPRINGDALE, AR 72765-2020 | 2010 TAX REFUND | 1224-000 | 109.90 | | 2,627.60 |
| 05/15/13 | 9 | TYSON FOODS<br>PO BOX 2020<br>SPRINGDALE, AR 72765-2020 | 2010 TAX REFUND | 1224-000 | 139.77 | | 2,767.37 |
| 05/22/13 | 9 | TYSON FOODS<br>PO BOX 2020<br>SPRINGDALE, AR 72765-2020 | 2010 TAX REFUND | 1224-000 | 144.77 | | 2,912.14 |
| 05/29/13 | 9 | TYSON FOODS<br>PO BOX 2020<br>SPRINGDALE, AR 72765-2020 | 2010 TAX REFUND | 1224-000 | 116.12 | | 3,028.26 |
| 05/31/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,018.26 |
| 06/05/13 | 9 | TYSON FOODS<br>PO BOX 2020<br>SPRINGDALE, AR 72765-2020 | 2010 TAX REFUND | 1224-000 | 144.07 | | 3,162.33 |
| 06/12/13 | 9 | TYSON FOODS<br>PO BOX 2020<br>SPRINGDALE, AR 72765-2020 | 2010 TAX REFUND | 1224-000 | 105.53 | | 3,267.86 |
| 06/19/13 | 9 | TYSON FOODS<br>PO BOX 2020<br>SPRINGDALE, AR 72765-2020 | 2010 TAX REFUND | 1224-000 | 111.12 | | 3,378.98 |
| 06/26/13 | 9 | TYSON FOODS<br>PO BOX 2020<br>SPRINGDALE, AR 72765-2020 | 2010 TAX REFUND | 1224-000 | 152.61 | | 3,531.59 |
| 06/28/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,521.59 |
| | | | | Page Subtotals | 1,154.63 | 30.00 | |

Page: 4
Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-14096 -DLS | Trustee Name: | J. MICHAEL MORRIS |
|---|---|---|---|
| Case Name: | LUCERO, RAYMOND GERAND | Bank Name: | Bank of Kansas City |
| | LUCERO, PATRICIA KATHLEEN | Account Number / CD #: | *******2084  Checking Account |
| Taxpayer ID No: | *******1773 | | |
| For Period Ending: | 02/18/14 | Blanket Bond (per case limit): | $ 27,200,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/03/13 | 9 | TYSON FOODS<br>PO BOX 2020<br>SPRINGDALE, AR 72765-2020 | 2010 TAX REFUND | 1224-000 | 20.78 | | 3,542.37 |
| 07/17/13 | 9 | TYSON FOODS<br>PO BOX 2020<br>SPRINGDALE, AR 72765-2020 | 2010 TAX REFUND | 1224-000 | 322.20 | | 3,864.57 |
| 07/17/13 | 9 | TYSON FOODS<br>PO BOX 2020<br>SPRINGDALE, AR 72765-2020 | 2010 TAX REFUND | 1224-000 | 42.17 | | 3,906.74 |
| 07/17/13 | 9 | TYSON FOODS<br>PO BOX 2020<br>SPRINGDALE, AR 72765-2020 | 2010 TAX REFUND | 1224-000 | 286.99 | | 4,193.73 |
| 07/31/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,183.73 |
| 08/30/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,173.73 |
| 09/30/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,163.73 |
| 10/31/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,153.73 |
| 11/29/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,143.73 |

|  | COLUMN TOTALS | 4,227.33 | 83.60 | 4,143.73 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 4,227.33 | 83.60 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 4,227.33 | 83.60 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********2084 | 4,227.33 | 83.60 | 4,143.73 |
| | 4,227.33 | 83.60 | 4,143.73 |
| | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals   672.14   50.00

UST Form 101-7-TFR (5/1/2011) (Page: 7)
LFORM24
Ver: 17.05
Case 10-14096    Doc# 41    Filed 02/18/14    Page 7 of 13

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-14096 -DLS | Trustee Name: | J. MICHAEL MORRIS |
|---|---|---|---|
| Case Name: | LUCERO, RAYMOND GERAND | Bank Name: | Bank of Kansas City |
| | LUCERO, PATRICIA KATHLEEN | Account Number / CD #: | *******2084 Checking Account |
| Taxpayer ID No: | *******1773 | | |
| For Period Ending: | 02/18/14 | Blanket Bond (per case limit): | $ 27,200,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account - ********2084 | | Transfers) | To Debtors) | On Hand |

Page Subtotals    0.00    0.00

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

Date: February 18, 2014

Case Number: 10-14096
Debtor Name: LUCERO, RAYMOND GERAND
Claims Bar Date: 05/23/11

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 2700-00 | US BANKRUPTCY COURT | Administrative | ADVERSARY NO. 11-5137 | $250.00 | $0.00 | $250.00 |
| 000001 070 7100-00 | Jim D Mills<br>PO Box 439<br>Garden City KS 67846 | Unsecured | Filed 02/23/11<br>(1-1) unpaid rent to Raymond Lucero | $3,072.00 | $0.00 | $3,072.00 |
| 000002 070 7100-00 | Precision Rcvy Analytics<br>co BLine LLC<br>MS 550<br>PO Box 91121<br>Seattle WA 98111-9221 | Unsecured | Filed 03/22/11 | $451.67 | $0.00 | $451.67 |
| 000003 070 7100-00 | Raymond Gerand Lucero<br>Patricia Kathleen Lucero<br>1112 N 11th<br>Garden City KS 67846-4110 | Unsecured | Filed 03/28/11<br>(3-1) payday loan<br>OBJECTION TO CLAIM | $280.00 | $0.00 | $280.00 |
| 000004 070 7100-00 | City of Garden City<br>co ARSI<br>200 W Wyatt Earp Blvd<br>PO Box 136<br>Dodge City KS 67801 | Unsecured | Filed 04/19/11<br>(4-1) services rendered | $625.44 | $0.00 | $625.44 |
| 000005 070 7100-00 | St Catherine Hospital<br>co ARSI<br>200 W Wyatt Earp Blvd<br>PO Box 136<br>Dodge City KS 67801 | Unsecured | Filed 04/19/11<br>(5-1) medical services rendered | $322.53 | $0.00 | $322.53 |
| 000006 070 7100-00 | St Catherine Emergency Physicians<br>co ARSI<br>200 W Wyatt Earp Blvd<br>PO Box 136<br>Dodge City KS 67801 | Unsecured | Filed 04/19/11<br>(6-1) medical services rendered | $131.00 | $0.00 | $131.00 |
| 000007 070 7100-00 | Garden City Vision Source<br>Bartlett & Selzer<br>PO Box 1482<br>100 Military Plaza<br>Suite 208<br>Dodge City KS 67801 | Unsecured | Filed 05/04/11 | $21.21 | $0.00 | $21.21 |
| 000008 070 7100-00 | Money Lenders<br>Bartlett & Seltzer<br>PO Box 1482<br>100 Military Plaza<br>Ste 1208<br>Dodge City KS 67801 | Unsecured | Filed 05/04/11 | $487.91 | $0.00 | $487.91 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: February 18, 2014

Case Number: 10-14096
Debtor Name: LUCERO, RAYMOND GERAND

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $5,641.76 | $0.00 | $5,641.76 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-14096
Case Name: LUCERO, RAYMOND GERAND
            LUCERO, PATRICIA KATHLEEN
Trustee Name: J. MICHAEL MORRIS

      Balance on hand        $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: J. MICHAEL MORRIS | $ | $ | $ |
| Trustee Expenses: J. MICHAEL MORRIS | $ | $ | $ |
| Charges: US BANKRUPTCY COURT | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses     $_____
    Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $     must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Jim D Mills | $ | $ | $ |
| 000002 | Precision Rcvy Analytics | $ | $ | $ |
| 000004 | City of Garden City | $ | $ | $ |
| 000005 | St Catherine Hospital | $ | $ | $ |
| 000006 | St Catherine Emergency Physicians | $ | $ | $ |
| 000007 | Garden City Vision Source | $ | $ | $ |
| 000008 | Money Lenders | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance                                              $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) (Page: 12)

Case 10-14096    Doc# 41    Filed 02/18/14    Page 12 of 13

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

<div align="center">NONE</div>