**SO ORDERED.**

**SIGNED this 9th day of August, 2021.**



Dale L. Somers
United States Chief Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re

Raymond G & Patricia K Lucero
[Debtor(s) name(s)]

Case No. 10-14096-DLS
Chapter 7

Debtor(s).

### ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

The Court has considered the Application for Payment of Unclaimed Funds filed by Jim D Mills [claimant] requesting payment of unclaimed funds in the amount of $ 1,450.84. The application and its supporting documents establish that the claimant is entitled to the unclaimed funds. The Court has verified that the funds are available for distribution to this claimant. It is therefore

ORDERED that the Application for Payment of Unclaimed Funds is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court issue a payment in the amount of $1,450.84 payable to: Jim D Mills [claimant or claimant and funds locator if applicable] at the following address:

620 Magnolia St
Garden City KS 67846

IT IS FURTHER ORDERED that the unclaimed funds may be disbursed only after 14 calendar days from the entry of this order.

* * *

(version 8/19)